WOODIE PERKINS V. THE STATE.

No. 10194.   Delivered May 19, 1926.

**Carrying Brass Knuckles—No Statement of Facts—No Bills of Exception.**

This record is before us without statement of facts or bills of exception. No fundamental error has been discovered or pointed out and the judgment is affirmed.

Appeal from the County Court of Kaufman County.   Tried below before the Hon. Chas. Ashworth, Judge.

Appeal from a conviction for carrying brass knuckles, penalty a fine of $100.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—Conviction is for unlawfully carrying brass knuckles, punishment fixed at a fine of one hundred dollars.

The indictment appears regular.   The record is before us without statement of facts or bills of exception.   No fundamental error has been discovered or pointed out.

The judgment is affirmed.                    *Affirmed.*